16 A.3d 1137

COMMONWEALTH of PA ex rel. Mario GAUSE CG4625, P.O. Box 244, Graterford, PA 19426, Petitioner

v.

Michael WENEROWICZ, S.C.I. Graterford, P.O. Box 244, Graterford, PA 19426, Respondent.

No. 119 EM 2010.

Supreme Court of Pennsylvania.

Feb. 14, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of February, 2011, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus and the Motion for an Instant Hearing are **DENIED.**